UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BECK BODE, LLC,<br>    Plaintiff | :<br>:<br>: |
| v. | :   C.A. No.: 1-22-cv-12084-ADB<br>: |
| CAROLANN BROWN,<br>    Defendant | :<br>: |

**JOINT STATEMENT OF THE PARTIES PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LOCAL RULE 16.1(d)**

NOW COME the Parties in the above-entitled matter and hereby submit this Joint Statement pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(d).

The Parties have no objection to this Honorable Court establishing a scheduling order in this matter based upon the within Joint Statement.

**PARTIES and COUNSEL:**

| | |
|---|---|
| Plaintiff,<br>Beck Bode, LLC, | J. Allen Holland, Jr. (BBO# 6546892)<br>David Glod (BBO# 676859)<br>Rich May, P.C.<br>176 Federal Street, 6th Floor<br>Boston, MA 02110<br>(617) 556-3879<br>jaholland@richmaylaw.com<br>dglod@richmaylaw.com |
| Defendant,<br>Carolann Brown | Michael D. Pushee (BBO# 657343)<br>Law Office of Michael D. Pushee<br>100 Midway Place, Suite 16<br>Cranston, RI 02920-5707<br>(401) 214-9820<br>mpushee@pusheelaw.com |
| | Ian J. McLoughlin (BBO# 647203)<br>Shapiro Haber & Urmy LLP<br>One Boston Place, Suite 2600<br>Boston, Massachusetts 02108<br>(617) 208-4714<br>imcloughlin@shulaw.com |

## DISCOVERY

The Parties state that the discovery plan in this matter shall conform to the obligation to limit discovery set forth in Fed. R. Civ. P. 26(b) and this Court's local rules.

**DISCOVERY NEEDED:** Standard paper discovery; depositions; etc.

**BY PLAINTIFF:**

The Plaintiff intends to propound written discovery upon the Defendant in the form of requests for production, interrogatories, and requests for admissions. The Plaintiff also intends to depose the Defendant and seek electronically stored information of the Defendant and third-parties, including, but not limited to, Defendant's son, Defendant's former and current employers, and Defendant's clients, among others.  Defendant also intends to issue subpoena *duces tecum* for these ESI records and communications.  The Plaintiff reserves the right to depose other individuals or entities as it deems necessary throughout the course of this lawsuit.

**BY DEFENDANT:**

The Defendant intends to propound written discovery upon the Plaintiff in the form of requests for production, interrogatories, and requests for admissions. The Defendant also intends to depose and seek electronically stored information of the Plaintiff and its employees and/or agents, including, but not limited to, Benjamin Beck and James Bode as well as Plaintiff's former and current clients.  Defendant also intends to issue subpoena *duces tecum* for these ESI records and communications. The Defendant reserves the right to depose other individuals or entities as they deem necessary throughout the course of this lawsuit.

**MANDATORY DISCLOSURES (Fed. R. Civ. P. 26(a)(1):** Within fourteen (14) days of entry of the Scheduling Order.

**REQUESTS FOR PRODUCTION AND INTERROGATORIES SERVED:** February 15, 2023

**DEPOSITIONS COMPLETED (non-expert):** August 31, 2023

**REQUESTS FOR ADMISSION SERVED:** September 30, 2023

**COMPLETION OF DISCOVERY (non-expert):** October 31, 2023

**DATE OF DISCLOSURE OF EXPERTS WRITTEN REPORTS AND SUPPLEMENTATIONS:**

| | |
|---|---|
| Plaintiff and Defendant Disclosure | January 31, 2024 |
| Designation of counter-experts | February 29, 2024 |

    Supplementation under Rule 26(e):        March 31, 2024

    Depositions of experts completed        April 30, 2024

The parties have not stipulated to a different form of expert report than that specified in Fed. R. Civ. P. 26(a)(2).

**CHALLENGES TO EXPERT TESTIMONY**:    Due no later than 45 days prior to trial.

## **OTHER ITEMS**

**AMENDMENT TO PLEADINGS:**  June 30, 2023

**THIRD-PARTY ACTIONS:**  July 31, 2023

**DISPOSITIVE MOTIONS:**  November 30, 2023

**SETTLEMENT POSSIBILITIES:**  The parties have explored settlement options, including private mediation and a settlement conference with this Court.

**JOINT STATEMENT RE: SETTLEMENT CONFERENCE:**  The possibility of a meaningful settlement conference can be assessed following the completion of interrogatories, request for production of documents, and request for admissions.  The Parties request this Court schedule a status conference in the Summer, 2023, following completion of written discovery but prior to depositions, to further report on and discuss the possibility of settlement and a settlement conference.

**WITNESSES AND EXHIBITS:**  Ten (10) days before final pretrial conference, but not less than thirty (30) days before trial for lists (included in final pretrial statements), and fourteen (14) days after service of final pretrial statements for objections.

**TRIAL ESTIMATE:**  Three (3) to four (4) days.

**TRIAL DATE:**  May, 2024.

**TYPE OF TRIAL:** Jury trial before the U.S. District Court Judge.  The Parties do not consent to a trial before the U.S. Magistrate.

**CERTIFICATION OF MEET-AND-CONFER:** The Parties and their respective counsel will file separate certifications certifying that they have conferred in this matter in accordance with Local Rule 16.1(D)(3)

**Plaintiff,**
**Beck Bode, LLC**
By its attorneys:


/s/ J. Allen Holland, Jr.
J. Allen Holland, Jr. (BBO# 6546892)
David Glod (BBO# 676859)
Rich May, P.C.
176 Federal Street, 6th Floor
Boston, MA 02110
(617) 556-3879
jaholland@richmaylaw.com
dglod@richmaylaw.com


**Defendant,**
**Carolann Brown**
By her attorneys:


/s/ Michael D. Pushee
Michael D. Pushee (BBO# 657343)
Law Office of Michael D. Pushee
100 Midway Place, Suite 16
Cranston, RI 02920-5707
(401) 214-9820
mpushee@pusheelaw.com


/s/ Ian J. McLoughlin
Ian J. McLoughlin (BBO# 647203)
Shapiro Haber & Urmy LLP
One Boston Place, Suite 2600
Boston, Massachusetts 02108
(617) 208-4714
imcloughlin@shulaw.com

## **CERTIFICATION**

I hereby certify that, on this 19th day of January, 2023, the within document was electronically filed and served through the Court's Electronic Filing System and is available for viewing and/or downloading from the electronic filing system.


/s/ Michael D. Pushee