UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **BECK BODE, LLC,** | : | |
|     **Plaintiff/Counter-Defendant** | : | |
| | : | |
| **v.** | : | C.A. No.: 1-22-cv-12084-MJJ |
| | : | |
| **CAROLANN BROWN,** | : | |
|     **Defendant/Counter-Plaintiff** | : | |

### JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES

Now come the parties in the above-cited matter and hereby jointly move this Honorable Court for an Order extending one (1) existing deadline under this Court's January 20, 2023 Scheduling Order and its August 23, 2003 Order, as set forth below.

The current pre-trial deadline to complete non-expert depositions is November 30, 2023.

The parties recently participated in private mediation with Hon. J. Stephen Neel (Ret.) on October 17, 2023.  The parties have since exchanged additional requests for information to further settlement discussions.  In light of continued settlement discussions, the parties request a brief thirty (30) day extension of the deadline to complete non-expert depositions.  The parties are not seeking to extend any of the other current scheduling deadlines.

Based on the foregoing, the parties request that this Court enter an Order extending the deadline to complete non-expert depositions until December 30, 2023.

Plaintiff/Counter-Defendant,
Beck Bode, LLC
By its attorneys:


/s/ J. Allen Holland, Jr.
J. Allen Holland, Jr. (BBO# 6546892)
David Glod (BBO# 676859)
Rich May, P.C.
176 Federal Street, 6th Floor
Boston, MA 02110
(617) 556-3879
jaholland@richmaylaw.com
dglod@richmaylaw.com


Defendant/Counter-Plaintiff,
Carolann Brown
By her attorneys:


/s/ Michael D. Pushee
Michael D. Pushee (BBO# 657343)
Law Office of Michael D. Pushee
100 Midway Place, Suite 16
Cranston, RI 02920-5707
(401) 214-9820
mpushee@pusheelaw.com


/s/ Ian J. McLoughlin
Ian J. McLoughlin (BBO# 647203)
Shapiro Haber & Urmy LLP
One Boston Place, Suite 2600
Boston, Massachusetts 02108
(617) 208-4714
imcloughlin@shulaw.com

## CERTIFICATION

I hereby certify that, on this 20th day of November, 2023, the within document was electronically filed and served through the Court's Electronic Filing System and is available for viewing and/or downloading from the electronic filing system.


/s/ Michael D. Pushee